# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Francis Brown
Camp C - Tiger 4-R-8 DOC No. 540790
Louisiana State Penitentiary
Angola LA 70712

**REHEARING ACTION: December 7, 2016**

**Docket Number: 16   00828-KH**

**STATE OF LOUISIANA**
**VERSUS**
**FRANCIS BROWN**

**Writ Application from St. Landry Parish Case No. 06-K-2644-B**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. John E. Conery**
   **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Francis Brown** has this day been

   **DENIED.**

cc: Earl B. Taylor, Counsel for  the Respondent